DIAMOND RAYMOND

VERSUS

KERRY T. RAYMOND

NO. 25-C-444

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

October 08, 2025

Linda Tran
First Deputy Clerk

**IN RE** DIAMOND RAYMOND

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER 82,232

Panel composed of Judges John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT GRANTED**

On July 30, 2024, Respondent, Kerry T. Raymond, filed a Petition for Divorce against Relator, Diamond Raymond. But Mr. Raymond did not request service on Ms. Raymond within ninety days as required by La. C.C.P. art. 1201(C).[1] As a result, Ms. Raymond filed a Declinatory Exception of Insufficiency of Service of Process on November 6, 2024.

On July 23, 2025, 358 days after the petition was filed, the trial court considered and sustained Ms. Raymond's exception, finding that the record contained no indication of any waiver of service or any attempted service by the sheriff. Instead of dismissing the case against Ms. Raymond without prejudice though, the trial court granted Mr. Raymond an additional fifteen days to request service, concluding that Mr. Raymond should be given an opportunity to cure the

---

[1] La. C.C.P. art. 1201(C) provides in part that "[s]ervice of the citation shall be requested on all named defendants within ninety days of commencement of the action."

25-C-444

defect pursuant to La. C.C.P. art. 932. The trial court misapplied article 932 though, which states that ". . . if the court finds, on sustaining the objection that service of citation on the defendant was not requested timely, it may either dismiss the action as to that defendant without prejudice or, ***on the additional finding that service could not have been timely requested***, order that service be effected within a specified time." (Emphasis added).

La. C.C.P. art. 1672(C) further mandates dismissal without prejudice if service is not requested within ninety days after the trial court sustains such a declinatory exception, "unless good cause is shown why service could not be requested . . .".

Louisiana courts have strictly construed the good cause requirement of La. C.C.P. art. 1672(C). For example, in *Eugene v. Duroncelet*, 19-224 (La. App. 5 Cir. 7/3/19), 275 So.3d 971, 975, *writ denied*, 19-1393 (La. 11/25/19), 283 So.3d 500, this Court found that the plaintiff did not show good cause for failing to serve defendant within ninety days of commencement of the action when a letter requesting service was mailed to the Clerk of Court but was not received. *See also Freeman v. Ochsner Clinic Foundation*, 20-283 (La. App. 5 Cir. 11/10/20), 307 So.3d 335, 338 ("Given that the requirement to request service within ninety days of filing suit is to be strictly construed, the unsupported explanation as to why plaintiff could not request service clearly did not constitute good cause within well-settled strict application of La. C.C.P. art. 1201(C).")

Mr. Raymond offered no evidence or testimony during the hearing to explain why he could not have requested service within the ninety-day period and failed to show good cause why his failure to request service of Ms. Raymond within ninety days should be excused.

For these reasons, we find that the trial court erred when it gave Mr. Raymond an opportunity to "correct the deficiencies herein and or request service

2

on defendant, Diamond Raymond." Thus, we grant the supervisory writ filed by Ms. Raymond and render judgment dismissing the Petition for Divorce filed by Kerry T. Raymond without prejudice.

Gretna, Louisiana, this 8th day of October, 2025.

**SUS**
**JJM**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/08/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**25-C-444**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Rebecca A. Gilson (Relator)

### MAILED

Justin P. LaFleur (Relator)
Attorney at Law
200 North Cate Street
Hammond, LA 70404

Charles Ayles (Respondent)
Attorney at Law
5713 Superior Drive
Suite A5
Baton Rouge, LA 70816

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 1010 0003 7112 5584

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Charles Ayles
Attorney at Law
5713 Superior Drive
Suite A5
Baton Rouge, LA 70816
25-C-444                    10-08-25

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Ayles
Attorney at Law
5713 Superior Drive
Suite A5
Baton Rouge, LA 70816
25-C-444                    10-08-25

9590 9402 2434 6249 3580 75

2. Article Number (Transfer from service label)

7012 1010 0003 7112 5584

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ ...d Mail
  ☐ ...d Mail Restricted Delivery $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 1010 0003 7112 5577

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Justin P. LaFleur
Attorney at Law
200 North Cate Street
Hammond, LA 70404
25-C-444                    10-08-25

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justin P. LaFleur
Attorney at Law
200 North Cate Street
Hammond, LA 70404
25-C-444                    10-08-25

9590 9402 2434 6249 3580 82

2. Article Number (Transfer from service label)

7012 1010 0003 7112 5577

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ☐ ...d Mail
  ☐ ...d Mail Restricted Delivery :500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justin P. LaFleur
Attorney at Law
200 North Cate Street
Hammond, LA 70404
25-C-444                    10-08-25

9590 9402 2434 6249 3580 82

2. Article Number *(Transfer from service label)*

7012 1010 0003 7112 5577

A. Signature
X *Cathy R Causey*          ☐ Agent
                           ☐ Addressee
B. Received by *(Printed Name)*      C. Date of Delivery
*Cathy R. Causey*          10/10/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery
    (500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt